**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 04-cr-00183-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. THELONIUS HOBDY,

        Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

     Upon request of counsel, the supervised release violation hearing set Tuesday, July 27, 2010 at 10:00 a.m. is **VACATED AND RESET** to **Thursday, August 5, 2010** at **9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.


Dated: July 12, 2010
_____